IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUSTIN FELLENZ, | ) | CASE NO. 09-CV-02141-LKK-KJM |
| Plaintiff, | ) | |
| VS. | ) | **ORDER OF DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| ENCORE RECEIVABLE MANAGEMENT, INC., | ) | **[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE]** |
| Defendant. | ) | |
| | ) | District Judge Lawrence K. Karlton |

The Court has reviewed the Stipulation of Plaintiff JUSTIN FELLENZ and Defendant ENCORE RECEIVABLE MANAGEMENT, INC., to dismiss with prejudice the above-entitled action, in its entirety.

/ / /

/ / /

/ / /

/ / /

1 | Pursuant to the Stipulation between the parties, the Court orders as follows:

2 |     1.    That the above-entitled lawsuit, case no. 09-CV-02141-LKK-KJM, is hereby

3 | dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each

4 | party shall bear their own costs and expenses.

**IT IS SO ORDERED**

DATED: **December 28, 2009.**

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT